## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SOUTHPOINTE GOLF CLUB, INC.

v.

BOARD OF SUPERVISORS OF CECIL
TOWNSHIP, AND SOUTHPOINTE GOLF
CLUB, INC.

v.

ZONING HEARING BOARD OF
TOWNSHIP OF CECIL

PETITION OF: BOARD OF SUPERVISORS
OF CECIL TOWNSHIP

: No. 155 WAL 2021
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
: Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of November, 2021, the Petition for Allowance of Appeal

is **DENIED**.